1  Janice M. Michaels
   Nevada Bar No. 6062
2  jmichaels@wshblaw.com
   Analise N. M. Tilton
3  Nevada Bar No. 13185
   atilton@wshblaw.com
4  Kyle J. Hoyt
   Nevada Bar No. 14886
5  khoyt@wshblaw.com
   Susana Santana
6  Nevada Bar No. 13753
   ssantana@wshblaw.com
7  Wood, Smith, Henning & Berman LLP
   2881 Business Park Court, Suite 200
8  Las Vegas, Nevada 89128-9020
   Telephone: 702 251 4100
9  Facsimile: 702 251 5405

10 Attorneys for Marriott Resorts Hospitality Corp.
   (Erroneously named as MVW of Nevada, Inc.
11 d/b/a Marriott's Grand Chateau)

12                         UNITED STATES DISTRICT COURT

13                        DISTRICT OF NEVADA, SOUTHERN DIVISION

14

| 15 | MICHAELA LEE, | Case No. 2:19-CV-01724-RFB-NJK |
|---|---|---|
| 16 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 17 | v. | |
| 18 | MVW OF NEVADA, INC. d/b/a MARRIOTT'S GRAND CHATEAU; DOE | Trial Date:         None Set |
| 19 | EMPLOYEE; DOES II through V and ROE CORPORATIONS VI through X, inclusive, | |
| 20 | | |
| 21 | Defendants. | |

22

23          COMES NOW, Plaintiff, MICHAELA LEE, (hereinafter "PLAINTIFF"), by and through

24 their counsel of record, Daniel S. Simon, Esq. and Benjamin J. Miller, Esq. of the law firm Simon

25 Law and Defendant MARRIOTT RESORTS HOSPITALITY CORP. (erroneously named as MVW

26 of Nevada, Inc. d/b/a Marriott's Grand Chateau) by and through its counsel of record, Analise N. M.

27 Tilton, Esq., Kyle J. Hoyt, Esq. and Susana Santana, Esq., of the law firm of Wood, Smith, Henning

28 & Berman LLP, hereby STIPULATE and AGREE to the DISMISSAL of Plaintiff Michaela Lee's

Complaint, WITH PREJUDICE, against DEFENDANTS. Each party to bear their own fees and costs.

This Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

| DATED: March 12, 2021. | DATED: March 12, 2021. |
|---|---|
| **SIMON LAW** | **WOOD, SMITH, HENNING & BERMAN LLP** |
| */s/ Benjamin J. Miller* | */s/ Analise Tilton* |
| By:_____ | By:_____ |
| DANIEL S. SIMON, ESQ.<br>Nevada Bar No. 4750<br>BENJAMIN J. MILLER, ESQ.<br>Nevada Bar No. 10406<br>801 South Casino Center Boulevard<br>Las Vegas, NV 89101<br>***Attorneys for Plaintiff, Michaela Lee*** | ANALISE N. M. TILTON, ESQ.<br>Nevada Bar No. 13185<br>KYLE J. HOYT, ESQ.<br>Nevada Bar No. 14886<br>SUSANA SANTANA, ESQ.<br>Nevada Bar No. 14886<br>2881 Business Park Court, Suite 200<br>Las Vegas, Nevada 89128-9020<br>***Attorneys for Defendant Marriott Resorts Hospitality Corp. (Erroneously named as MVW of Nevada, Inc. d/b/a Marriott's Grand Chateau)*** |

Michaela Lee v. MVW of Nevada, Inc. d/b/a Marriott's Grand Chateau, et al.
2:19-cv-01724-RFB-NJK

## ORDER

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that PLAINTIFF Michael Lee's Complaint in the action entitled *Michaela Lee v. MVW of Nevada, Inc. d/b/a Marriott's Grand Chateau, et al.,* Case No. 2:19-cv-01724-RFB-NJK is dismissed, WITH PREJUDICE. The parties will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this 15th day of March, 2021.



_____
RICHARD F. BOULWARE, II
United States District Court

Respectfully Submitted By:

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law

By  /s/ Analise Tilton
_____
ANALISE N. M. TILTON, ESQ.
Nevada Bar No. 13185
KYLE J. HOYT, ESQ.
Nevada Bar No. 14886
SUSANA SANTANA, ESQ.
Nevada Bar No. 14886
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
***Attorneys for Defendant Marriott Resorts Hospitality Corp. (Erroneously named as MVW of Nevada, Inc. d/b/a Marriott's Grand Chateau)***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2021, a true and correct copy of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Michelle Ledesma
Michelle N. Ledesma, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP